UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| AMY P., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 2:23-cv-00003-LEW |
| | ) |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

**ORDER ON MOTION FOR AWARD OF FEES**

Upon consideration of Plaintiff's petition for attorney's fees (ECF No. 18) under 42 U.S.C. § 406(b), it is ORDERED that Francis Jackson, Esquire, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $16,465.50 (or 25% of Plaintiff's past-due benefits, whichever is less).  Plaintiff's counsel will reimburse Plaintiff $5,6244.67 which was received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

SO ORDERED.

Dated this 14th day of May, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge